FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| In the Matter of Search of: ) <br> ) <br> **SAMSUNG GALAXY S10+ CELL** ) <br> **PHONE, MODEL SM-G975U** ) <br> **S/N R58M90FVGAD,** ) <br> **IMEI 351751104454098** ) | Case No.:   22-MR-196 BPB |

### MOTION TO UNSEAL SEARCH WARRANT

The United States hereby notifies the Court that Assistant United States Attorney Alexander F. Flores has reviewed the search warrant and has determined that it has been executed in full.

The United States, by and through undersigned counsel, therefore, respectfully requests that the search warrant be unsealed.

Respectfully submitted,

ALEXANDER M. M. UBALLEZ
United States Attorney

*Submitted on August 4, 2023*
ALEXANDER F. FLORES
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274